ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
          - v. -                :    INDICTMENT
                                :
ERVAN PURNELL,                  :    12 CRIM 006
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - - x

JUDGE CASTEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 04 2012

COUNT ONE

The Grand Jury charges:

1.   On or about December 23, 2011, in the Southern District of New York, ERVAN PURNELL, the defendant, willfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of his official duties; to wit, the defendant attacked an on-duty United States Office of Veterans Affairs employee with his cane at a Veterans Affairs Medical Center facility in the borough of Manhattan.

2.   The weapon used in the offense was a deadly and dangerous weapon and did inflict bodily injury.

(Title 18, United States Code, Sections 111(a), 111(b) and 1114.)

_____        _____
FOREPERSON                     PREET BHARARA
                               United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ERVAN PURNELL,

Defendant.

INDICTMENT

11 Cr.

(18 U.S.C. §§ 111(a), 111(b), 1114)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
/Foreperson.

1/4/12    Fld. Indictment. Case assigned to Judge Castel

Pitman, MJ