

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *United States v. Ervan Purnell*, 12 Cr. 006 (PAE)

Dear Judge Engelmayer:

      The parties jointly write to request an adjournment of the May 5, 2022 violation of supervised release conference in the above-captioned matter. As the Court is aware, Mr. Purnell is currently housed at the Windsor Park Rehab & Nursing Center in Queens, where he receives treatment while in the custody of the United States Marshals Service. The Government and Probation Office have spoken to the nursing team responsible for Mr. Purnell's treatment at Windsor Park. According to Mr. Purnell's nursing team, Mr. Purnell continues to undergo intensive physical therapy and has difficulty walking, and he is unlikely to be medically cleared for release within the next two months, at the earliest.

      Because Mr. Purnell's nursing team agreed that his current custody arrangement is stable and allows for effective treatment, the parties respectfully request that the May 5 conference be adjourned to a date in mid-June. The parties understand that the Court is available on June 16 at 2 p.m. Consistent with the Court's instructions at the last conference in this matter, the parties will

provide a status letter (or letters discussing an anticipated resolution and the parties' positions on an appropriate sentence) no later than three days in advance of the conference.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

by: _____
                Patrick R. Moroney
                Assistant United States Attorney
                (212) 637-2330

cc (by ECF):   John Diaz, Esq.
                Probation Officer Maritza Almonte

**GRANTED.** The conference is adjourned to June 16, 2022 at 2:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 71.

                4/27/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge