

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *United States v. Ervan Purnell*, 12 Cr. 006 (PAE)

Dear Judge Engelmayer:

      The parties jointly write to request an adjournment of the June 16, 2022 violation of supervised release conference in the above-captioned matter. As the Court is aware, Mr. Purnell is currently housed at the Windsor Park Rehab & Nursing Center in Queens, where he receives treatment while in the custody of the United States Marshals Service. On June 8, 2022, the Government and Probation Officer Maritza Almonte spoke to the nursing team responsible for Mr. Purnell's treatment at Windsor Park. According to Mr. Purnell's nursing team, Mr. Purnell continues to undergo intensive physical therapy, has difficulty walking, and was recently hospitalized. Mr. Purnell's nursing team believes that Mr. Purnell will not be cleared to leave the facility for at least six months.

      The parties (and Mr. Purnell's nursing team) continue to agree that Mr. Purnell's current custody arrangement is stable and allows for effective treatment. Accordingly, the parties respectfully request that the Court adjourn the June 16 conference by approximately three months.

In advance of the rescheduled date, the parties will provide another update regarding Mr. Purnell's condition.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

by: _____
       Patrick R. Moroney
       Assistant United States Attorney
       (212) 637-2330

cc (by ECF):  John Diaz, Esq.
                Probation Officer Maritza Almonte

**GRANTED.** The conference is adjourned to September 20, 2022 at 2:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 73.

                6/14/2022

SO ORDERED.

                _____
                PAUL A. ENGELMAYER
                United States District Judge