...

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Ervan Purnell*, 12 Cr. 006 (PAE)

Dear Judge Engelmayer:

    The parties jointly write to request an adjournment of the September 20, 2022 violation of supervised release status conference in the above-captioned matter. As the Court is aware, Mr. Purnell is currently housed at the Windsor Park Rehab & Nursing Center in Queens, where he receives treatment while in the custody of the United States Marshals Service. On September 14, 2022, the Government spoke to the nursing team responsible for Mr. Purnell's treatment at Windsor Park. Mr. Purnell's nursing team characterized his condition as "extremely unstable" due to diabetes-related complications, and explained that Mr. Purnell is not able to walk on his own. The nursing team said that they do not anticipate clearing Mr. Purnell to leave the facility for at least another three months.

    The parties (and Mr. Purnell's nursing team) continue to agree that Mr. Purnell's current custody arrangement is stable and allows for effective treatment. Accordingly, the parties respectfully request that the Court adjourn the September 20 conference by approximately three

months.  In advance of the rescheduled date, the parties will provide another update regarding Mr. Purnell's condition.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

by: _____
      Patrick R. Moroney
      Assistant United States Attorney
      (212) 637-2330

cc (by ECF):   John Diaz, Esq.
                Probation Officer Maritza Almonte

**GRANTED.** The conference is adjourned until December 20, 2022 at 10:30 a.m. The Court wishes Mr. Purnell well. The Clerk of Court is requested to terminate the motion at Dkt. No. 75.

9/15/2022

SO ORDERED.

                _____
                PAUL A. ENGELMAYER
                United States District Judge