

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Ervan Purnell*, 12 Cr. 006 (PAE)

Dear Judge Engelmayer:

    The parties jointly write to request an adjournment of the December 20, 2022 violation of supervised release status conference in the above-captioned matter. As the Court is aware, Mr. Purnell is currently housed at the Windsor Park Rehab & Nursing Center in Queens, where he receives treatment while in the custody of the United States Marshals Service. The Government understands that Mr. Purnell is still largely unable to get out of his bed without assistance. Additionally, the Government understands that later this week defense counsel and a CJA-appointed social worker will be visiting Mr. Purnell to evaluate his options for a long-term placement.

    In light of Mr. Purnell's current health status and this upcoming meeting, the parties respectfully request an approximately 90-day adjournment of the next status conference. In advance of the rescheduled date, the parties will provide another update regarding Mr. Purnell's condition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

**GRANTED.** The status conference is adjourned until March 6, 2023 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 77.          12/6/2022

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge