UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA                     **TRANSPORTATION ORDER**

       - v -                                                  12-CR-06 (PAE)

ERVAN PURNELL,
                          Defendant.
------------------------------------------------------------x

Upon the application of Ervan Purnell, by his counsel, JOHN A. DIAZ, Esq., it is hereby

**ORDERED** that CJA funds be approved for an ambulance to transport Mr. Purnell following the entry of judgment.

Dated: New York, New York                **SO ORDERED**:
       March 6, 2023

                                         _____
                                         HONORABLE PAUL A. ENGELMAYER
                                         UNITED STATES DISTRICT JUDGE